IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v

MARTAVIS JONES
    Defendant.

Case Number: 16-20040-03

**ORDER OF DETENTION AFTER A HEARING ON A PETITION TO REVOKE PRETRIAL RELEASE**

The Defendant appeared before this Court for a bond revocation hearing on Friday, November 17, 2017, after the filing of a petition to revoke the Defendant's pretrial release. The Government moved for detention of the Defendant pursuant to 18 U.S.C. § 3148. Having conducted a detention hearing, the Court makes the following findings:

☒    There is probable cause to believe that the Defendant has committed a Federal, State, or local crime while on release, and the Defendant HAS NOT rebutted the presumption set forth at 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community for the reasons stated on the record.

and

☒    There is clear and convincing evidence that the Defendant violated a condition of release, for the reasons stated on the record.

and

☒    (A) based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the Defendant will not flee or pose a danger to the safety of any other person or the community, to wit:

    ☐    (1) the nature and circumstances of the offense charged, including whether the offense is a crime of violence, a violation of section 1591, a

Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device ;

☐ (2) the weight of the evidence against the Defendant;

☐ (3) the history and characteristics of the Defendant, including—

☐ (A) the Defendant's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

☐ (B) whether, at the time of the current offense or arrest, the Defendant was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

☐ (4) the nature and seriousness of the danger to any person or the community that would be posed by the Defendant's release.

☒ The Defendant is unlikely to abide by any condition or combination of conditions of release for the reasons stated on the record.

Pursuant to 18 U.S.C. § 3142(h)(i), the Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant is remanded into the custody of the United States Marshal.

Entered on November 17, 2017

s/Eric I. Long
U.S. MAGISTRATE JUDGE